UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 0:23-cv-61343-RLR

DENISE PAYNE,

    Plaintiff,
v.


WILLIAMS MAGNOLIA PROPERTIES, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, and Defendant, WILLIAMS MAGNOLIA PROPERTIES, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this August 10, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Alejandro Leiva* |
| ANTHONY J. PEREZ, ESQ. | ALEJANDRO LEIVA, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 118309 |
| GARCIA-MENOCAL & PEREZ, P.L. | GREENSPOON MARDER, LLP |
| 350 Sevilla Avenue, Suite 200 | 600 Brickell Avenue, Suite 3600 |
| Coral Gables, FL 33345 | Miami, Florida 33131 |
| Telephone: (305) 553- 3464 | Telephone: (305) 789-2770 ext 1687 |
| Email: ajperez@lawgmp.com | Email: alex.leiva@gmlaw.com |
| *Counsel for Plaintiff Denise Payne* | *Counsel for Defendant Williams Magnolia Properties, LLC* |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 10, 2023.

    Respectfully submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
    *Attorneys for Plaintiff*
    350 Sevilla Avenue, Suite 200
    Coral Gables, FL 33345
    Telephone: (305) 553-3464
    Facsimile: (305) 553-3031
    Primary E-Mail: ajperez@lawgmp.com
    Secondary E-Mail: bvirues@lawgmp.com;
    jreyes@lawgmp.com

    By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ